



# MEMORANDUM OPINION

No. 04-12-00312-CV

**IN THE INTEREST OF X.J.W.,** et al., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-01347
Honorable Charles E. Montemayor, Associate Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  July 11, 2012

DISMISSED FOR LACK OF JURISDICTION

On May 22, 2012, appellant Ashley White filed a notice of appeal seeking to appeal an order terminating her parental rights to her minor children.  On June 1, 2012, the clerk's record was filed.  After reviewing the record, we were unable to locate an order terminating appellant's parental rights or any other final appealable order; therefore, on June 8, 2012, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.  *See In re L.E.R., Jr.*, 2011 WL 1158408, at *1 (Tex. App.—San Antonio Mar. 30, 2011, no pet.) (mem. op.) (appellate court can only consider an appeal in which a final judgment or appealable order has been signed by the trial court).  Appellant did not respond to our order.  Because no final judgment or appealable order has been signed by the trial court, this appeal is

dismissed for lack of jurisdiction without prejudice to appellant re-filing or pursuing an appeal after the trial court has signed a final judgment or appealable order. *See id.*

PER CURIAM